**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**ROMAN SEBASTIAN MONZON,**

     Plaintiff,

v.                                             Civil Action No. **3:23CV770**

**JPAY, LLC,**

     Defendant.

### MEMORANDUM OPINION

On November 20, 2023, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on January 5, 2024, the Court directed Plaintiff to pay an initial partial filing fee of $2.67 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Plaintiff, therefore, is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 13 February 2024
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge